IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| OWAIIAN M. JONES, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:14-cv-00399 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| ROANOKE CITY SHERIFF'S OFFICE, | ) | By: Michael F. Urbanski |
|     Defendant. | ) | United States District Judge |

Plaintiff Owaiian Jones, a Virginia inmate proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983, naming only the Roanoke City Sheriff's Office as defendant. To state a cause of action under § 1983, a plaintiff must allege facts indicating that he has been deprived of rights guaranteed by the Constitution or laws of the United States and that this deprivation resulted from conduct committed by a person acting under color of state law. West v. Atkins, 487 U.S. 42 (1988). However, the Roanoke City Sheriff's Office is not a "person" amenable to suit via § 1983, and any claim against it must fail. Revene v. Charles County Comm'rs, 882 F.2d 870, 874 (4th Cir. 1989). Therefore, the court will dismiss this action without prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

    Entered: November 21, 2014

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge