IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| OWAIIAN M. JONES, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:14-cv-00399 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| ROANOKE CITY SHERIFF'S OFFICE, | ) | By: Michael F. Urbanski |
|     Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this 42 U.S.C § 1983 action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1) and the Clerk shall **STRIKE** this action from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

Entered: November 21, 2014

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge